**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

PAUL E. LEDERMAN,

    Plaintiff,

v.                                                        Case No: 8:13-cv-506-T-30AEP

HOWMEDICA OSTEONICS CORP. and
STRYKER ORTHOPAEDICS CORP.,

    Defendants.

---

ORDER

The Court has been advised via a Joint Motion to Stay Proceedings (Dkt. #38) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of August, 2013.

                                                               JAMES S. MOODY, JR.
                                                               UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record                         F:\Docs\2013\13-cv-506 dismiss 38.docx